IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| KELLEY MCGOWAN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED;<br><br>Plaintiff,<br><br>vs.<br><br>CORE CASHLESS, LLC,<br><br>Defendant, | )<br>)<br>)   2:23-CV-00524-MJH<br>)<br>)<br>)<br>)<br>)<br>) |

Order

And now this 8th day of February 2024, following consideration of Judge Lenihan's Report and Recommendation (ECF No. 31) dated May 7, 2021, the Objections and Responses of the Parties (ECF No. 34 and 35), and for the reasons stated in this Court's Opinion (ECF No. 36), said Report and Recommendation is ADOPTED as the Opinion of this Court. Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(1) is GRANTED and that Defendant's Motion to Dismiss First Amended Complaint Pursuant to Rule 12(b)(6) is denied as moot. The Clerk will mark this case closed.

BY THE COURT:

_____
MARILYN J. HORAN
United States District Judge